UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNE DEVRIES,

    Plaintiff,

v.                                             Case No. 6:21-cv-133-RBD-LRH

TEEN CHALLENGE OF FLORIDA,
INC.; and TEEN CHALLENGE JOB
TRAINING, INC.,

    Defendants.
_____

## ORDER

Before the Court are:

1. The Parties' Amended Joint Motion to Approve Settlement Agreement and Stipulation of Dismissal with Prejudice (Doc. 36 ("Motion")); and

2. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 37 ("R&R")).

In this Fair Labor Standards Act case, the parties previously moved for approval of their settlement agreement under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), which Judge Hoffman denied without prejudice because it provided insufficient information. (*See* Docs. 32, 35.) The parties moved again, filing a revised settlement agreement (Doc. 36-1 ("Settlement

Agreement")), and now Judge Hoffman recommends granting the Motion and dismissing the case with prejudice. (Doc. 37.)

The parties filed a Joint Notice of Non-Objection (Doc. 38), so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). The Court has examined the agreement and found the release provision not overly broad and the agreement sufficiently fair and reasonable. (*See* Doc. 36-1, ¶ 5.) Finding no error, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 37) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.
2. The Parties' Motion (Doc. 36) is **GRANTED**.
3. The Settlement Agreement (Doc. 36-1) is **APPROVED**.
4. This case is **DISMISSED WITH PREJUDICE**.
5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 23, 2021.



ROY B. DALTON JR.
United States District Judge